**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 18, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00758-CV

---

### IN RE JOSEPH S. AND CHERYLANN INSALACO, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-04391**

---

### MEMORANDUM OPINION

On October 11, 2024, relators Joseph S. and Cherylann Insalaco filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th District Court of Harris County, to enforce the parties' alleged settlement agreement and to enter the parties alleged agreed orders.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.